## United States District Court
### Violation Notice

| | |
|---|---|
| CVB Location Code | VS50 |
| Violation Number | V 0136420 |
| Officer Name (Print) | H. Mark Webb |
| Officer No. | 1296 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

- Date and Time of Offense (mm/dd/yyyy): 09/13/2012, 0d7 hrs
- Offense Charged: 38 CFR 1.218(b)(42) — CFR checked
- Place of Offense: Beckley VAMC - Main Parking Area, 200 Veterans Ave, Beckley WV 25801
- Offense Description: The surreptitious opening, or attempted opening of locks or card operated barrier mechanism on property.

**DEFENDANT INFORMATION**
- Last Name: Blankenship
- First Name: Chad
- MI: E

Tag No: A033 | State: WV | Year: 9/13 | Make/Model: Toyota/Tacoma | Color: Blue

A [X] IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B [ ] IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

- Forfeiture Amount: $500.00
- + $25 Processing Fee
- **PAY THIS AMOUNT**: $525.00 Total Collateral Due

**YOUR COURT DATE**
- Court Address: Phone (304) 253-6722, 110 Heber St., Beckley WV, 25801
- Date: 10/09/2012
- Time: 1000 Hrs

X Defendant Signature: Chad Blankenship

VA FORM 9019, JUN 2006
Original - CVB Copy

---

## STATEMENT OF PROBABLE CAUSE
*(For issuance of an arrest warrant or summons)*

I state that on Thursday, Sept. 13, 2012 while exercising my duties as a law enforcement officer in the Southern District of West Virginia

I observed Chad Blankenship approach a Blue Nissan Quest WV Registration 4S A4452 and look into the windows of the vehicle, and attempt to open the passenger side door of the vehicle to gain entry, then he approached a white Dodge Caliber, WV Registration 5LF-901, looked into the passenger windows, and attempted to open the passenger side doors. Chad Blankenship was unsuccessful at both attempts, then was stopped by police as he approached a third vehicle. The 2 vehicles were parked several rows apart, and were not registered to him. Owners of both vehicles stated Chad Blankenship would have no reason to be in their vehicles and they did not know him.
— End of Statement —

The foregoing statement is based upon:
[X] my personal observation  [ ] my personal investigation
[ ] information supplied to me from my fellow officer's observation
[ ] other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/13/2012  Officer's Signature: H. Mark Webb

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge